AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

-vs-

Tommy Van Nguyen, Manh Nguyen,
My Nguyen, Binh Nguyen, Elisa Do,
Xuan Nguyen, Thanh Van Nguyen,
Lan Thai Vu, Duc Van Nguyen
and Hoan Van Nguyen

## CRIMINAL COMPLAINT

3:06-MJ-148

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 1, 2005 to on November 2, 2006, in the Middle District of Pennsylvania, defendant(s) did, (Track Statutory Language of Offense) knowingly and intentionally combine, conspire, confederate and agree together with one another and with persons unknown to manufacture, distribute and possess with intent to manufacture and distribute in excess of 1,000 growing marijuana plants, in violation of 21 U.S.C. sections 846 and 841(b)(1)(A).

I further state that I am a(n) <u>Special Agent of the United States Drug Enforcement Administration</u> and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof.   X Yes   __ No

Signature of Complainant

Sworn to before me, and subscribed in my presence

November 2, 2002                    at                         Scranton, Pennsylvania
Date                                                           City and State

Thomas M. Blewitt, U.S. Magistrate Judge
Name and Title of Judicial Officer                             Signature of Judicial Officer