UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   : CRIMINAL NO. 3:06 CR 377
:
v.   : Violation: 18 USC § 4
:
MY NGUYEN,   :
:
Defendant.   :

FILED
SCRANTON

JUN 1 4 2007

PER _____
DEPUTY CLERK

I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES:

Between on or about the 1st day of September, 2006, and on or about the 1st day of November, 2006, in the Middle District of Pennsylvania, the defendant,

MY NGUYEN,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, the manufacturing of marijuana, in violation of 21 U.S.C. § 841(a), did conceal the same by assisting in the transportation and concealment of growing marijuana plants and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States,

In violation of Title 18, United States Code, Section 4.

Dated: June 14, 2007

Thomas A. Marino (BY SAP)
THOMAS A. MARINO
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF PENNSYLVANIA